PD-1340-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/17/2015 10:43:43 AM
Accepted 4/17/2015 11:08:35 AM
ABEL ACOSTA
CLERK

# No. PD-1340-14

In the
Court of Criminal Appeals

◆

No. 14-13-00375-CR
In the Court of Appeals for the Fourteenth District of Texas at Houston

◆

No. 1253665
In the 174th District Court of Harris County, Texas

◆

## KEVIN LAVELLE KENT
*Appellant*
V.
## THE STATE OF TEXAS
*Appellee*

◆

## STATE'S MOTION REGARDING ARGUMENT

◆

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for a setting of oral argument in this case not on any date from June 1 through June 11, 2015, and would show the following:

1.  The appellant was convicted of aggregate theft of money from two families over a five-year period (CR – 13, 615). The court of appeals reversed the conviction, and this Court granted review.

2.  This Court has not yet set this case for submission, although it did permit argument when it granted review.

3. The undersigned counsel has had a family vacation planned from June 1 through June 11, 2015 since early in 2014. The plan is to drive from Phoenix, Arizona to San Francisco, California, while staying in national parks along the way, including Grand Canyon, Death Valley, and Yosemite. As anyone who has stayed in those parks can attest, reservations for families usually fill up within hours of becoming available one year in advance. Furthermore, the undersigned counsel has made many non-refundable expenditures in an effort to secure favorable rates during the trip.

4. Therefore, the undersigned counsel requests that this Court not set the oral argument in this case on any date from June 1 through June 11, 2015. The undersigned counsel has called counsel for the appellant, and counsel has stated that he does not oppose such a restriction.

WHEREFORE, the State prays that this Court will grant the request.

Respectfully submitted,

/S/ Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
Kugler_Eric@dao.hctx.net
(713) 755-5826
TBC No. 796910

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing instrument will be served through

TexFile to:

James Pons                              Lisa McMinn
Attorney at Law                         State Prosecuting Attorney
10900 N.W. Freeway, Suite 230           P.O. Box 13046
Houston, Texas  77092                   Austin, Texas 78711
Jpons_78221@yahoo.com                   Lisa.McMinn@SPA.texas.gov


                                        /S/ Eric Kugler
                                        ERIC KUGLER
                                        Assistant District Attorney
                                        Harris County, Texas
                                        1201 Franklin, Suite 600
                                        Houston, Texas  77002-1923
                                        (713) 755-5826
                                        TBC No. 796910

Date:  April 17, 2015